1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for Defendant NORRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-09-00366 CW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER** |
|  | ) | **CONTINUING STATUS HEARING** |
| v. | ) |  |
|  | ) | Hearing Date: September 16, 2009 |
| TERRY NORRIS, | ) | Requested Date: September 30, 2009 |
|  | ) |  |
| Defendant. | ) |  |

The above-captioned matter is set on September 16, 2009 before this Court for a status hearing.  The parties jointly request that this Court continue the matter to September 30, 2009 at 2:00 p.m. for change of plea and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(H)(7)(A) and (B)(iv), between September 16, 2009 and September 30, 2009.

Mr. Norris is charged with possession with the intent to distribute less than five grams of cocaine base and with using a firearm in relation to that offense.  He faces a maximum sentence of life imprisonment and a mandatory minimum sentence of five years.

The current status of the case is that the parties are engaged in plea negotiations and anticipate coming to an agreed-upon resolution.  However, the defense requires additional time for investigation and to review records which may be relevant to any negotiated disposition of the case.

Stip to Continue, 09-00366 CW                                         1

1  The requested continuance will allow the defense to complete its investigation of the
2  underlying facts of the case, to review necessary records and for the parties to complete their
3  plea negotiations.  The failure to grant such a continuance would unreasonably deny counsel for
4  the defendant the reasonable time necessary for effective preparation, taking into account the
5  exercise of due diligence.
6  The parties further stipulate and agree that the time from September 16, 2009 to
7  September 30, 2009, should be excluded in accordance with the provisions of the Speedy Trial
8  Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

10 September 14, 2009                                /s/
                                                                    ANGELA M. HANSEN
11                                                                 Assistant Federal Public Defender

13 September 14, 2009                                /s/
                                                                    DOMINIQUE THOMAS
14                                                                 Assistant United States Attorney

16  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.          /S/ ANGELA M. HANSEN

1 **ORDER**

2   Based on the reasons provided in the stipulation of the parties above, the Court hereby
3 finds that the ends of justice served by the continuance requested herein outweigh the best
4 interest of the public and the defendant in a speedy trial because the failure to grant the
5 continuance would deny the counsel for the defendant the reasonable time necessary for effective
6 preparation, taking into account the exercise of due diligence.  The Court makes this finding
7 because additional investigation and the review of records are necessary to the defense
8 preparation of the case.

9   Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of
10 September 16, 2009 is continued to September 30, 2009 at 2:00 p.m. for a change of plea
11 hearing, and it is further ordered that time is excluded from September 16, 2009 to September
12 30, 2009 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

13   IT IS SO ORDERED.

15   September 14, 2009
   Date
16                        HON. CLAUDIA WILKEN
                         United States District Judge

Stip to Continue, 09-00366 CW                    3